HAZEN v. QUIMBY.

Justice may require the substitution of a new party for the original plaintiff, by an amendment of the writ and declaration.

FOREIGN ATTACHMENT. The defendant was defaulted, and a claimant of the fund in the hands of the trustee appeared. The plaintiff and the defendant agreed in writing that the writ should be amended by striking out the name of the plaintiff and inserting in place thereof the name of another person. The court allowed the amendment, and the trustee and claimant excepted.

*W. H. Duncan* and *C. A. Dole*, for the trustee.

*W. H. Duncan*, for the claimant.

*J. L. Spring*, for the plaintiff.

DOE, C. J. Justice may require the amendment. *Judge of Probate* v. *Jackson*, 58 N. H. 458; *Folsom* v. *Insurance Co.*, 59 N. H. 54; *Prescott* v. *Farmer*, 59 N. H. 90; *Buckminster* v. *Wright*, 59 N. H. 153; *Boudreau* v. *Eastman*, 59 N. H. 467; *Chauncy* v. *Insurance Co.*, 60 N. H. 428. The case presents no question of law.

*Exception overruled.*

SMITH, J., did not sit: the others concurred.